UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| GERALDINE ERWIN, | ) |
| Plaintiff, | ) ) ) 2:19-CV-00227-DCLC-CRW |
| vs. | ) ) |
| BAE SYSTEMS, ORDANCE SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

# JUDGMENT

This case came before the Court on Defendant's Motion for Summary Judgment [Doc. 37] and Motion for Sanctions [Doc. 40]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's motions are **GRANTED**. Plaintiff's only remaining claims—retaliation under 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964, and the Tennessee Human Rights Act—are **DISMISSED WITH PREJUDICE**. However, considering there are issues remaining as to the imposition of sanctions, the Clerk shall not close the case at this time.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/LeAnna Wilson
Clerk of Court